IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN A. CORTESE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 18-3437 |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : : | |

# ORDER

**AND NOW**, this 27th day of May 2020, upon considering the Claimant's Motion for attorney's fees (ECF Doc. No. 40), the Commissioner's Response (ECF Doc. No. 42), the Claimant's Reply (ECF Doc. No. 43), and for reasons in the accompanying Memorandum, it is **ORDERED** the Claimant's Motion for attorney's fees (ECF Doc. No. 40) is **DENIED**.

_____
**KEARNEY, J.**