# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN A. CORTESE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 18-3437 |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | |
| | : | |

# ORDER

**AND NOW**, this 29th day of June 2020, upon considering the Claimant's Motion to alter or amend judgment (ECF Doc. No. 47), and for reasons in the accompanying Memorandum, it is **ORDERED** the Claimant's Motion (ECF Doc. No. 47) is **DENIED**.

_____
**KEARNEY, J.**